ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiff
CHARI NYCOL SMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARI NYCOL SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>STERLING ASSET RECOVERY, INC., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No: 2:15-CV-06867<br><br>**REQUEST FOR DISMISSAL** |

1 | Plaintiff Chari Nycol Smith hereby informs the court that the case has settled, and requests that the entire case be dismissed with prejudice.

Dated: February 1, 2016

Respectfully Submitted,

TRUEBLOOD LAW FIRM

By: _____/s/_____
Alexander B. Trueblood

Attorneys for Plaintiff
CHARI NYCOL SMITH

1